UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LARSON MOTORS, INC.,

        Plaintiff,

   v.

PHOENIX INSURANCE COMPANY,

        Defendant.

CASE NO. C15-85 BHS

ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION AND VACATING PREVIOUS ORDER

     This matter comes before the Court on Plaintiff Larson Motors, Inc.'s ("Larson") motion for reconsideration (Dkt. 50).

     On December 18, 2015, the Court granted Phoenix's motion for partial summary judgment. Dkt. 48. On December 23, 2015, Larson filed a motion for reconsideration. Dkt. 50. On January 12, 2016, the Court requested a response and set a briefing schedule. Dkt. 56. On January 22, 2016, Phoenix responded. Dkt. 60. On January 28, 2016, Larson replied. Dkt. 61.

ORDER - 1

1    Upon review of the briefs and the relevant law, the Court concludes that Larson's

2    motion for reconsideration should be **GRANTED**.  Thus, the Court **VACATES** its

3    previous order (Dkt. 48) and a new order will issue forthwith.

4    **IT IS SO ORDERED**.

5    Dated this 17th day of February, 2016.

*[Signature]*

BENJAMIN H. SETTLE
United States District Judge